# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of IDEAL MANUFACTURING, INC.<br><br>         Plaintiff,<br><br> v.<br><br>WEST POINT CONTRACTORS, INC.; WEST POINT UTILITIES, LLC; HARCO NATIONAL INSURANCE COMPANY; FIRST MARK CONSTRUCTION, LLC; FIDELITY AND DEPOSIT COMPANY OF MARYLAND<br><br>         Defendant. | Case No. 22-cv-0732-BAS-JLB<br><br>**GRANTING *EX PARTE* APPLICATION TO EXTEND DEADLINE TO SERVE DEFENDANTS**<br><br>**[ECF No. 3]** |

  Before this Court is Plaintiff Ideal Manufacturing, Inc.'s *ex parte* application for a 90-day extension of time to serve the named Defendants. (*Ex Parte* App., ECF No. 3.) Plaintiff commenced this lawsuit on May 20, 2022 to recover compensation for materials furnished and labor performed for the construction and repairs of a Water Treatment Plant at a Naval Air Facility. Under Federal Rule of Civil Procedure ("Rule") 4(m), Plaintiff has until August 18, 2022 to effectuate service.

1  Plaintiff avers that its requested 90-day extension "will allow all parties an
2  opportunity to resolve [the underlying] claims without costly litigation" because Plaintiff
3  expects to receive the outstanding payment for materials furnished and labor performed
4  within 30 to 60 days.  (Osborne Decl. ¶¶ 4–5, Ex. 2 to *Ex Parte* App., ECF No. 3-2.)
5  Because a 90-day extension would advance judicial economy and the efficient use of the
6  party's resources, this Court finds the *Ex Parte* Application to extend time pursuant to Rule
7  4(m) is supported by good cause.  *See Efaw v. Williams*, 473 F.3d 1038, 1040–41 (9th Cir.
8  2007).  Accordingly, this Court **GRANTS** the *Ex Parte* Application and **ORDERS**
9  Plaintiff to file proof that it effectuated service upon Defendants **by no later than**
10 **November 16, 2022**.

11  **IT IS SO ORDERED.**

13  DATED: August 16, 2022

Hon. Cynthia Bashant
United States District Judge